IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § § | CRIMINAL NO. H-07-290 |
| JOHN N. EHRMAN | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 44). The motion for continuance is GRANTED. The following deadlines are set :

| | |
|---|---|
| Presentence report to be disclosed by: | April 30, 2009 |
| Objections are due by: | May 18, 2009 |
| Probation Addendum due by: | June 2, 2009 |
| The sentencing hearing is reset to | **June 23, 2009, at 2:00 p.m.** |

SIGNED on April 29, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge