IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § | CRIMINAL NO. H-07-290 |
| JOHN N. EHRMAN | § | |

### O R D E R

The parties filed a joint motion for continuance of the sentencing hearing, (Docket Entry No. 46). The motion for continuance is GRANTED. The following deadlines are set:

| | |
|---|---|
| Objections are due by: | August 14, 2009 |
| Probation addendum due by: | August 24, 2009 |
| The sentencing hearing is reset to**:** | **August 31, 2009, at 10:00 a.m.** |

SIGNED on May 15, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge