IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-07-290 |
| | § § § | |
| JOHN N. EHRMAN | § | |

**O R D E R**

The parties filed a joint motion for continuance of the sentencing hearing, (Docket Entry No. 54). The motion for continuance is GRANTED. The sentencing hearing is reset to **October 27, 2009, at 12:00 p.m.**

SIGNED on August 28, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge